IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL No. 1:21-CR-00002-CJN |
| v. ) | |
| ) | Sentencing Date: February 16, 2022 |
| Mohammad Ezazul Hoque ) | |
| Defendant ) | The Honorable Carl J. Nichols |
| _____ ) | |

MOTION FOR PERMISSION TO TRAVEL AND WORK OUTSIDE THE DISTRICT

COMES NOW the Defendant, by and through Counsel, to ask the Court's permission to travel outside the district for work and study while on Supervised Release.

In furtherance of his Motion, the Defendant states:

1. On February 16, 20222, the Defendant was sentenced to serve a term of 37 months, with a fine of $45,000 and a forfeiture judgment of $89,000. The Court also imposed a 36-month term of Supervised Release.

2. Dr. Hoque has since served his prison term and started his supervised release term. He has also paid his fine and forfeiture judgment in full, along with the tax debt that was the subject of this case. He has been entirely compliant with the conditions set by his probation officer since his release.

3. Among the terms of supervision imposed by the Court was a standard condition stating that Dr. Hoque is not to leave the federal judicial district where he resides without first getting permission from the court or the probation officer.

4. Dr. Hoque's licenses to practice medicine were suspended in both the District of Columbia and Virginia as a result of his conviction. During that suspension, his board certification expired as well.

5. Dr. Hoque has applied to the District of Columbia Board of Medicine for reinstatement. Pursuant to a consent decree, his suspension is over and he only needs to reinstate his Virginia license to practice again. A letter from the attorney for the DC Board of Medicine is attached to this Motion as an exhibit.

6. Dr. Hoque has applied to the Virginia Board of Medicine for reinstatement, and following a hearing before that board he needs to complete a re-entry training program to reinstate his license. A copy of the order filed by the Virginia Board of Medicine is attached to this Motion as an exhibit.

7. To be a board-certified gastroenterologist again, Dr. Hoque needs to complete a re-entry training program in gastroenterology as well.

8. Board-certified gastroenterologists are in short supply in the United States, and Dr. Hoque's desire is to be able to serve his community here in the Washington, DC metropolitan area.

9. Before coming to the United States and becoming a citizen here, Dr. Hoque was a general practitioner in his native Bangladesh. He was first licensed to practice medicine there in 1987, and he has recently re-activated that license. A copy is attached to this Motion as an exhibit.

10. Dr. Hoque has been offered a position at United Hospital Limited, a large, Western-standard hospital in Dhaka, Bangladesh that would allow him to accrue the clinical hours he needs to reinstate his Virginia and DC medical licenses. A copy of the letter from the Chairman of United Hospital in Dhaka is attached to this Motion as an exhibit.

11. That program would also allow him to accrue the clinical hours he needs in gastroenterology to regain his board certification.

12. Dr. Hoque's probation officer in the Eastern District of Virginia, Stanley Leigh, has reviewed our motion and would leave this to the discretion of the Court.

WHEREFORE the Defendant asks the Court for an Order allowing him to travel to his native Bangladesh for work purposes, subject to the supervision of his probation officer.

                                                        Respectfully Submitted,

                                        _____/S/_____
                                        Gregory T. Hunter
                                        Virginia State Bar Number 45489
                                        Attorney for the Defendant
                                        2111 Wilson Boulevard
                                        8th Floor
                                        Arlington, Virginia 22201
                                        (703) 966-7226 telephone
                                        greghunter@mail.com

EXHIBITS:
DC Board of Medicine letter
Virginia Board of Medicine order
Bangladeshi medical license
United Hospital Limited invitation letter

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on the 10th day of July, 2024, an exact copy of the foregoing Motion was filed with the Clerk of the Court using the CM/ECF system, causing a Notice of Electronic Filing to be served upon:

Amanda Vaughn, Esquire
Assistant United States Attorney
Amanda.Vaughn@usdoj.gov


Copies of this document have been forwarded to the following non-filing users:
By electronic mail:
    Stan Leigh
    United States Probation Officer
    Stan_Leigh@vaed.uscourts.gov

By personal service:
    Dr. Mohammad Hoque
    Defendant

                                  _____/S/_____
                                  Gregory T. Hunter
                                  Virginia State Bar Number 45489
                                  Attorney for the Defendant
                                  2111 Wilson Boulevard
                                  8th Floor
                                  Arlington, Virginia 22201
                                  (703) 966-7226 telephone
                                  greghunter@mail.com